ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

United States of America v. Aboubacar Drame- 18 Civ. 11480

The status conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

    Date : April 24, 2020
    Time: 10:00 am
    Place: U.S. Courthouse - Southern District of New York
      500 Pearl Street
      Courtroom 14D
      New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*
3-16-2020