**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                                  18 **CIVIL** 11480 (AKH)

      -against-                                     **JUDGMENT**

ABOUBACAR DRAME a/k/a SOKO DARMAY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 1, 2021, because Defendant has not established a genuine dispute of material fact and has not provided any factual support for his claimed defenses, the Court finds that Defendant Drame illegally procured his citizenship and procured his citizenship by concealment of material facts and by willful misrepresentation. Summary judgment is hereby granted on all counts in favor of the Government. Defendant Drame's citizenship is hereby revoked, and the order admitting Drame to citizenship is set aside. Defendant's Certificate of Naturalization, No. 35166807, is hereby cancelled, effective as of June 22, 2012, and Defendant is restrained from claiming any benefits, privileges, or advantages of United States citizenship in connection with his June 2012 naturalization. Defendant is instructed to surrender his certificate of naturalization, and any other indicia of citizenship that he may possess to the counsel for the U.S. Government within ten days of the order. Judgment is entered for the Government.

**Dated:** New York, New York
         April 1, 2021

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                      **BY:**    *K. Mango*

                                                   **Deputy Clerk**